**Jeffrey LEFCOURT and Ruth Anne Lefcourt, Petitioners–Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 90–5465.

United States Court of Appeals, Eleventh Circuit.

March 4, 1991.

Howard W. Gordon, Coral Gables, Fla., for petitioners-appellants.

Abraham N.M. Shashy, Jr., Chief Counsel, I.R.S., Gary R. Allen, Charles Bricken,

---

David I. Pincus, U.S. Dept. of Justice, Tax Div., Washington, D.C., for respondent-appellee.

Before HATCHETT and EDMONDSON, Circuit Judges, and PECKHAM *, Senior District Judge.

PER CURIAM:

This appeal raises a question of retroactive application of a 1984 statutory amendment dealing with investment tax credit recapture. For the reasons stated in *Wiggins v. Comm'r of Internal Revenue*, 904 F.2d 311 (5th Cir.1990), which we follow, we affirm the judgment of the tax court.

AFFIRMED.

* Honorable Robert F. Peckham, Senior United States District Judge for the Northern District of California, sitting by designation.